1062

[No. 11276–7–I.   Division One.   January 30, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. AGNES
E. ALEXANDER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81–1–02478–1, James Gooding, J. Pro Tem.,
entered January 11, 1982. *Dismissed* by unpublished per
curiam opinion.

[No. 11745–9–I.   Division One.   January 30, 1984.]

JOHN C. CARLSON, ET AL, *Respondents,* v. FLORIS
JEANETTE EASLEY, *Appellant.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 3880, Stanley C. Soderland, J. Pro Tem.,
entered April 14, 1982. *Reversed* and *remanded* by unpub-
lished opinion per Durham, C.J., concurred in by Swanson
and Callow, JJ.

[No. 11876–5–I.   Division One.   January 30, 1984.]

*In the Matter of the Marriage of* LOUIS E.
BRAUNSCHWEIG, *Appellant, and* MARILYN
A. BRAUNSCHWEIG, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81–3–01134–2, Stephen M. Gaddis, J. Pro
Tem., entered June 1, 1982. *Affirmed* by unpublished opin-
ion per Scholfield, J., concurred in by Andersen and Ring-
old, JJ.